AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Mid-Castle Development Limited | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:24-cv-20511 DIMITROULEAS |
| Liqueous LP and Jacob Fernane | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Jacob Fernane
18975 COLLINS AVE UNIT 801
SUNNY ISLES BEACH, FL 33160-2344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel B. Ravicher
Email: dan@zeisler-law.com
ZEISLER PLLC, 777 Brickell Avenue Fl 5, Miami, FL 33131
Angus F. Ni
Email: angus@moni.law
MORROW NI LLP, 506 2nd Ave, Suite 1400, Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02/09/2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts