UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 24-20511-CIV-BECERRA/HUNT

MID-CASTLE DEVELOPMENT LIMITED,

        Plaintiff,

vs.

LIQUEOUS LP and JACOB FERNANE,

        Defendants.

_____/

## SUPPLEMENT TO THE REPORT AND RECOMMENDATION

THIS MATTER is before the Court *sua sponte*. The Honorable Jacqueline Becerra, United States District Judge, previously referred two motions, Defendants' Motion to Dismiss for Lack of Jurisdiction and Compel Arbitration, ECF No. 31, and Plaintiff's Motion for Contempt and Request for a Preliminary Injunction. ECF Nos. 34, to the undersigned United States Magistrate Judge for all necessary and proper action. See 28 U.S.C. § 636(b); see also S.D. Fla. Mag. R. 1. This undersigned on August 1, 2024, issued a Report and Recommendation on the Motions. ECF No. 69. Due to a change in circumstances, the undersigned now issues a supplement to the Report and Recommendation.

In the previous Report and Recommendation, the undersigned noted that the Parties had agreed to arbitration outside of the exclusive jurisdiction dictated by the settlement agreement and recommended that this Court compel arbitration with the Parties' agreed-upon JAMS arbitrator, Judge Jacqueline Scola. Following this recommendation, the Parties informed the undersigned that Judge Scola is no longer conducting arbitrations.

At the request of the undersigned, the Parties then conferred and jointly agreed to arbitration before James Sallah. As previously stated, the undersigned recognizes this Court cannot control the arbitrator's schedule. Nonetheless, the undersigned recommends the arbitration be scheduled as soon as possible and completed, subject to the arbitrator's schedule, within ninety days.

Accordingly, the undersigned hereby RECOMMENDS this Court compel the Parties to engage in arbitration before James Sallah according to their settlement agreement and recent representations to the undersigned. All other recommendations in the prior Report and Recommendation remain the same.

Within three (3) days after being served with a copy of this Supplemental Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations as provided by the Local Rules for this district. § 636(b)(1); S.D. Fla. Mag. R. 4(b). Any response shall be filed within three (3) days of the objections. The parties are hereby notified that a failure to timely object waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1 (2016); see Thomas v. Arn, 474 U.S. 140 (1985).

DONE and SUBMITTED at Fort Lauderdale, Florida this 17th day of September 2024.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Jacqueline Becerra
All Counsel of Record