UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-20511-CIV-JB-PMH

Mid-Castle Development Limited,

    Plaintiff,

v.

Liqueous LP and Jacob Fernane,

    Defendants.

_____/

# JOINT STATUS REPORT REGARDING ARBITRATION

With apologies to the Court for filing past the date to do so, pursuant to the Order Denying Pending Motions and Requiring Status Report entered on March 27, 2025 (ECF No. 90), Plaintiff Mid-Castle Development Limited and Defendants Liqueous LP and Jacob Fernane, by and through their respective counsel of record, respectfully submit this Joint Status Report regarding the status of arbitration:

1. Plaintiff filed its demand for arbitration in September 2024. As of the date of this status report, the arbitration remains pending before Arbitrator James Sallah.

2. On April 1, 2025, Arbitration Sallah issued an order confirming the final case schedule, which is attached hereto as Appendix A.

3. The arbitration hearing is scheduled to take place from August 20 to 22, 2025.

4. The parties wish to continue the arbitration proceeding while maintaining the stay of this case before the Court pending arbitration.

5.  The parties further agree that this Court shall retain jurisdiction to enforce any award from the arbitration.

Dated: April 4, 2025

Respectfully submitted,

<u>/s/ Daniel B. Ravicher</u>
Daniel B. Ravicher
Florida Bar No. 102809
ZEISLER PLLC
777 Brickell Avenue Fl 5
Miami, FL 33131
Tel.: (786) 505-1205
dan@zeisler-law.com

Angus F. Ni
MORROW NI LLP
506 2nd Ave, Suite 1400
Seattle, WA 98104
Tel.: 646-453-7294
angus@moni.law

*Attorneys for Plaintiff*

<u>/s/ Walter J. Mathews</u>
Walter J. Mathews
Florida Bar No. 0174319
Walter J. Mathews, P.A.
219 Davie Boulevard
Fort Lauderdale, Florida 33315
Tel.: (954) 463-1929
wjm@mathewsllp.com

Scott Vick
Vick Law Group
301 N. Lake Avenue, Suite 1000
Pasadena, California 91101
Tel.: 213-784-6227
scott@vicklawgroup.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, I electronically filed the foregoing document with the Clerk via CM/ECF.

By: <u>/s/ Daniel B. Ravicher</u>
　　Daniel B. Ravicher