UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-20511-JB/Hunt

MID-CASTLE DEVELOPMENT LIMITED,

    Plaintiff,

v.

LIQUEOUS LP, *et al.*,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court on United States Magistrate Judge Patrick M. Hunt's Report and Recommendation ("Report") on Plaintiff Mid-Castle Development Limited's Motion to Confirm Arbitration Award and for Entry of Final Judgment (the "Motion"), ECF No. [99]. In the Report, Judge Hunt recommends that the Court grant the Motion, confirm the arbitration award, and enter final judgment in Plaintiff's favor consistent with the arbitration award. ECF No. [102]. No objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report, ECF No. [102], is **AFFIRMED** and **ADOPTED**.

    2. Plaintiff's Motion to Confirm Arbitration Award and for Entry of Final Judgment, ECF No. [99], is **GRANTED**.

    3. The arbitration award issued on November 5, 2025 by Arbitrator James D. Sallah which finds that "the [Defendants] are jointly and severally liable to

[Plaintiff] in the amount of $8,855,694," and "[t]o the extent that the Final Award is not paid within thirty (30) days, it shall accrue post-judgment interest at the rate of .0236986% per day (or 8.65% per annum)," ECF No. [99-1], is **CONFIRMED**.

    4. The Court will separately enter final judgment in favor of Plaintiff consistent with the arbitration award.

**DONE AND ORDERED** in Miami, Florida, this 25th day of February, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**